Amy Semmel, State Bar No. 116204
Paul M. Kelley, State Bar No. 87505
**KELLEY•SEMMEL, LLP**
5757 Wilshire Blvd., Penthouse 5
Los Angeles, California 90036
Phone: 323-592-3450; Fax: 323-383-9910
Email: asemmel@kelleysemmel.com

Attorneys for Defendant United Firefighters
of Los Angeles City, Local 112, I.A.F.F.,
AFL-CIO-CLG, a Labor Organization

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| PATRICK LEONARD, an individual; STEVEN BARRETT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, Municipal Corporation; UNITED FIREFIGHTERS OF LOS ANGELES CITY, LOCAL 112, I.A.F.F., AFL-CIO-CLG, a Labor Organization<br><br>Defendants. | **CASE NO.: CV 13-5867-GW(AJWx)**<br><br>**JUDGMENT IN FAVOR OF UNITED FIREFIGHTERS OF LOS ANGELES CITY, LOCAL 112, I.A.F.F., AFL-CIO-CLG**<br><br>Complaint Filed: August 12, 2013<br>Judge: George H. Wu<br>Courtroom: 10 |

On May 5, 2014, Defendant United Firefighters of Los Angeles City, Local 112, I.A.F.F., AFL-CIO-CLG's third Motion to Dismiss pursuant to F.R.C.P. 12 (b)(6) Came on for hearing before the Court, the Hon. George Wu, District Judge presiding. Having fully considered the record presented, the issues having duly heard and a decision having been duly rendered,

-1-

-2-

1    IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the
2    action is dismissed on the merits.

3
4    DATED:  May 15, 2014              _____
                                        Honorable George H. Wu
5                                       United States District Judge