1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LEONARD, an individual; STEVEN BARRETT, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; a Municipal Corporation, <br><br> Defendant | **CASE NO. : 2:13-CV-05867-GW (AJWx)** <br><br> **ORDER** <br><br> NEW Trial Date:  December 16, 2014 <br> Time:  8:30 a.m. <br> Courtroom: 10 <br><br> Complaint Filed:  August 12, 2013 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court has reviewed the foregoing stipulation and find good cause has been shown to enter an Order adopting the terms of the stipulation, accordingly;

1

**IT IS HEREBY ORDERED** that the terms of the stipulation of counsel are incorporated here at and the Protective Order is entered and shall govern discovery in this action, until such time as a further Order of the Court is entered:

**IT IS SO ORDERED.**

DATED: ____7/30/14_____       _____

                                 ANDREW J. WISTRICH
                                 U.S. MAGISTRATE JUDGE