JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK LEONARD, an individual; STEVEN BARRETT, an individual <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES; a Municipal Corporation; UNITED FIREFIGHTERS OF LOS ANGELES CITY, LOCAL 112, I.A.F.F., AFL-CIO-CLG, a Labor Organization, <br><br> Defendants. | CASE NO.  CV 13-5867-GW(AJWx) <br> (Judge:  Honorable George H. Wu) <br><br> **JUDGMENT** |

The Court hereby directs the Clerk to enter Final Judgment in this Action as follows:

1. The first cause of action of the Third Amended Complaint (Violation of 42 USC § 1983) be dismissed with prejudice;

2. The second cause of action (Violation of Public Safety Officers Procedural Bill of Rights Act, California Government Code § 3300) of the Third Amended Complaint be dismissed with prejudice;

3. The third cause of action (Violation of Firefighters Procedural Bill of Rights Act, California Government Code § 3250) of the Third Amended Complaint be dismissed with prejudice.

**IT IS ORDERED AND ADJUDGED:**

(A) Plaintiffs Patrick Leonard and Steven Barrett shall take nothing from the City of Los Angeles;

(B) Costs shall be taxed against Plaintiffs Patrick Leonard and Steven Barrett in favor of the prevailing party, the City of Los Angeles pursuant to FRCP 54.

**SO ORDERED,**

DATED: October 21, 2014

HON. GEORGE H. WU,
United States District Judge